| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Kathleen Ann Pianta** | Social Security number or ITIN | **xxx–xx–6012** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case case filed for chapter  **13   10/2/17** | |
| Case number: **17–11049–TPA** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Kathleen Ann Pianta | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3705 Lochiel Avenue<br>Erie, PA 16505 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506–4508 | Contact phone 814–833–2222 |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566 |
| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 814–464–9740<br>Date: 10/24/17 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting** | **December 5, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/5/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/5/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/31/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan, a copy of which is enclosed. An initial hearing on confirmation of the plan will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors. Objections to the plan must be filed 7 days prior to the first date set for the meeting of creditors. Objections to holding the initial confirmation hearing immediately following the meeting of creditors must be filed 14 days prior to the first date set for the meeting of creditors. Any party filing an objection to the plan and/or the holding of an initial confirmation hearing immediately following the meeting of creditors must appear in person at the meeting of creditors.<br><br>Any continuance will be announced at the initial hearing. No other notice will be given. Parties must check the docket to ascertain the continued hearing date, time and location. Debtors and their counsel must attend.<br><br>The hearing on confirmation will be held on:<br>**12/5/17** at **11:00 AM**, Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. The debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-11049-TPA
Kathleen Ann Pianta                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1            User: culy                Page 1 of 2              Date Rcvd: Oct 24, 2017
                                Form ID: 309I             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2017.
```
db             +Kathleen Ann Pianta,    3705 Lochiel Avenue,    Erie, PA 16505-1738
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
14715204      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Best Buy,    P.O. Box 78009,    Phoenix, AZ 85062-8009)
14703485       +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street,    Suite 100,
                 Peoria, IL 61602-1229
14703486       +Erie Bank,    2035 Edinboro Road,    Erie, PA 16509-3452
14703487       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14715212       +National City Bank of Pennsylvania,    P.O. Box 8800,    Dayton, OH 45401-8800
14703489       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14703488        PNC Bank,    P.O. Box 1820,    Dayton, OH 45401-1820
14715209      ++PUROLATOR EMPLOYEES FEDERAL CREDIT UNION,    PO BOX 64637,    FAYETTEVILLE NC 28306-0637
               (address filed with court: Customer Service,    P.O. Box 30495,    Tampa, FL 33630)
14715218       +Regional Home Health & Hospice,    2564 Village Common Drive,    Erie, PA 16506-7202
14703492       +Robert N. Polas, Esquire,    Carrie A. Brown, Esquire,    Mark R. Garvey, Esquire,
                 120 Corporate Blvd.,    Norfolk, VA 23502-4952
14715220       +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14715221       +Saint Vincent Institute,    3530 Peach Street,    LL1,   Erie, PA 16508-2768
14703493       +UPMC Hamot,   P.O. Box 382059,    Pittsburgh, PA 15250-0001
14715225        UPMC Health Services,    P.O. Box 341472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: mjanjanin@quinnfirm.com Oct 25 2017 01:16:12      Michael S. Jan Janin,
                 Quinn Buseck Leemhuis Toohey & Kroto Inc,    2222 West Grandview Boulevard,
                 Erie, PA  16506-4508
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 25 2017 01:16:29       Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Oct 25 2017 01:16:33
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14715206       +E-mail/Text: BANKRUPTCY@BANKCNB.COM Oct 25 2017 01:16:55       CNB Bank,    P.O. Box 42,
                 Clearfield, PA 16830-0042
14715205       +EDI: CITICORP.COM Oct 25 2017 01:13:00      CitiBank N.A.,    P.O. Box 6497,
                 Sioux Falls, SD 57117-6497
14715207       +EDI: WFNNB.COM Oct 25 2017 01:13:00      Comenity Bank/Peebles,    P.O. Box 182789,
                 Columbus, OH 43218-2789
14715213       +EDI: WFNNB.COM Oct 25 2017 01:13:00      Peebles,   Comenity Bank,    P.O. Box 182273,
                 Columbus, OH 43218-2273
14703490       +EDI: PRA.COM Oct 25 2017 01:13:00      Portfolio Recovery Associates Inc.,    P.O. Box 12914,
                 Norfolk, VA 23541-0914
14703491       +EDI: PRA.COM Oct 25 2017 01:13:00      Portfolio Recovery Associates, Inc.,
                 Riverside Commerce Center,    120 Corporate Blvd.,    Norfolk, VA 23502-4952
14715222       +EDI: RMSC.COM Oct 25 2017 01:13:00      Synchrony Bank/J.C. Penney,    P.O. Box 965007,
                 Orlando, FL 32896-5007
14715223       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 25 2017 01:16:52       UPMC,   2 Hot Metal Street,
                 Room 386,    Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 11
```

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14715208*      +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street,    Suite 100,
                 Peoria, IL 61602-1229
14715210*      +Erie Bank,    2035 Edinboro Road,    Erie, PA 16509-3452
14715211*      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14715215*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14715214*       PNC Bank,    P.O. Box 1820,    Dayton, OH 45401-1820
14712682*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     POB 12914,    Norfolk VA 23541)
14715216*      +Portfolio Recovery Associates Inc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
14715217*      +Portfolio Recovery Associates, Inc.,    Riverside Commerce Center,    120 Corporate Blvd.,
                 Norfolk, VA 23502-4952
14715219*      +Robert N. Polas, Esquire,    Carrie A. Brown, Esquire,    Mark R. Garvey, Esquire,
                 120 Corporate Blvd.,    Norfolk, VA 23502-4952
14715224*      +UPMC Hamot,   P.O. Box 382059,    Pittsburgh, PA 15250-0001
                                                                                   TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-1           User: culy                Page 2 of 2                Date Rcvd: Oct 24, 2017
                               Form ID: 309I             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2017 at the address(es) listed below:
              Michael S. Jan Janin    on behalf of Debtor Kathleen Ann Pianta mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```