## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | **Kathleen Ann Pianta,** | : | Bankruptcy No. **17-11049 TPA** |
| | **Debtor.** | : | |
| | | : | |
| | **Kathleen Ann Pianta,** | : | Chapter **13** |
| | **Movant,** | : | |
| | | : | Related to Document No. |
| | v. | : | |
| | | : | |
| | **No Respondent.** | : | |
| | | : | |

### AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
   **x**     Summary of Schedules
   **x**     Schedule A - Real Property
_____ Schedule B - Personal Property
   **x**     Schedule C - Property Claimed as Exempt
_____ Schedule D - Creditors holding Secured Claims
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____ Schedule E - Creditors Holding Unsecured Priority Claims
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____ Schedule F - Creditors Holding Unsecured Nonpriority Claims
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____ Schedule G - Executory Contracts and Unexpired Leases
         Check one:
            _____ Creditor(s) added
            _____ NO Creditor(s) added
            _____ Creditor(s) deleted
_____ Schedule H - Codebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor
_____ Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

***Office of the United States Trustee***
***ustpregion03.pi.ecf@usdoj.gov***

***Ronda J. Winnecour***
***cmecf@chapter13trusteewdpa.com***

| | |
|---|---|
| Date ___*November  6, 2017*___ | ___*/s/ Michael S. JanJanin, Esquire*___ |
| | Attorney for Debtor(s) [or *pro se* Debtor(s)] |
| | ___*Michael S. JanJanin, Esquire 38880*___ |
| | (Typed Name) |
| | ___*2222 West Grandview Boulevard*___ |
| | ___*Erie, PA 16506*___ |
| | (Address) |
| | _____ |
| | (Phone No.) |
| | ___*38880*___ |
| | List Bar I.D. and State of Admission |

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Kathleen Ann Pianta* |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | *17-11049 TPA* |
| (if known) | |

☐ Check if this is an
amended filing

---

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $            *160,000.00* |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $            *20,158.04* |
| 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $            *180,158.04* |

### Part 2:  Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $            *159,944.09* |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $            *0.00* |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $            *46,306.59* |
| **Your total liabilities** | $            *206,250.68* |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $            *2,725.24* |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $            *3,622.65* |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.   **What kind of debt do you have?**

■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

---

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1    *Kathleen Ann Pianta*                                        Case number *(if known)*    *17-11049 TPA*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $            *1,285.24*

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $            *0.00* |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $            *0.00* |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $            *0.00* |
| 9d. Student loans. (Copy line 6f.) | $            *0.00* |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $            *0.00* |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$            *0.00* |
| 9g. **Total.** Add lines 9a through 9f. | $            *0.00* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | *Kathleen Ann Pianta* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number | *17-11049 TPA* |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

*3705 Lochiel Avenue*
Street address, if available, or other description

*Erie*        *PA*    *16505-0000*
City        State    ZIP Code

*Erie*
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$160,000.00** | **$160,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

*Fee Simple*

☐ **Check if this is community property**
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| |
|---|
| **$160,000.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Kathleen Ann Pianta**                                          Case number *(if known)*    **17-11049 TPA**

---

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| | | | | |
|---|---|---|---|---|
| 3.1 | Make: | **Ford** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

3.1  Make:  **Ford**

Model:  **Escape**

Year:  **2012**

Approximate mileage:  **31,000**

Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$16,700.00     $16,700.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>

$16,700.00

---

**Part 3:**   **Describe Your Personal and Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| *Usual and Ordinary Household Goods and Furnishings* | $2,500.00 |
|---|---|

---

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| *Usual and Ordinary Electronics* | $300.00 |
|---|---|

---

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No

---

Official Form 106A/B                              Schedule A/B: Property                                          page 2

| Debtor 1 | *Kathleen Ann Pianta* | | Case number *(if known)* | *17-11049 TPA* |
|---|---|---|---|---|

☐ Yes.  Describe.....

11. **Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| *Usual and Ordinary Wearing Apparel* | $250.00 |
|---|---|

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| *Costume Jewelry* | $50.00 |
|---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☐ No
   ■ Yes.  Describe.....

| *Dog* | $1.00 |
|---|---|

14.  **Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes.  Give specific information.....

15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ...........................................................................

| $3,101.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16.  **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes...................................................................................................................

| *Cash* | $43.00 |
|---|---|

17.  **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

Institution name:

| 17.1. | *Checking* | *Checking Account @ Northwest Savings Bank* | $5.89 |
|---|---|---|---|
| 17.2. | *Checking* | *Checking Account @ PNC Bank* | $300.00 |
| 17.3. | *Checking* | *Checking Account @ Erie Bank* | $1.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

| Debtor 1 | *Kathleen Ann Pianta* | | Case number *(if known)* | *17-11049 TPA* |
| --- | --- | --- | --- | --- |

| 17.4. | *Savings* | *Savings Account @ PNC Bank* | *$0.15* |
| --- | --- | --- | --- |
| 17.5. | *Checking* | *Checking Account @ Northwest Savings Bank* | *$5.00* |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
        Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
        Type of account:            Institution name:

| | *Pension* | *Pension through past employment @ PNC Bank (in pay status/$386.79 per month)* | *$1.00* |
| --- | --- | --- | --- |
| | *Pension* | *Pension through International Paper (in pay status/$898.45 per month)* | *$1.00* |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1    *Kathleen Ann Pianta*                                   Case number *(if known)*   **17-11049 TPA**

27. **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

     ■ No
     ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
     ■ No
     ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

     ■ No
     ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
     *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else

     ■ No
     ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
     *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

     ■ No
     ☐ Yes. Name the insurance company of each policy and list its value.
              Company name:                          Beneficiary:                          Surrender or refund
                                                                                          value:

32. **Any interest in property that is due from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
     someone has died.

     ■ No
     ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

     ■ No
     ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ■ No
     ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
     ■ No
     ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
     for Part 4. Write that number here.................................................................................................**  | **$357.04** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
     ■ No. Go to Part 6.
     ☐ Yes.  Go to line 38.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | *Kathleen Ann Pianta* | Case number *(if known)* | *17-11049 TPA* |

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here** .....................................     | *$0.00* |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

| 55. | **Part 1: Total real estate, line 2** ......................................................................................... | | **$160,000.00** |
| 56. | Part 2: Total vehicles, line 5 | $16,700.00 | |
| 57. | Part 3: Total personal and household items, line 15 | $3,101.00 | |
| 58. | Part 4: Total financial assets, line 36 | $357.04 | |
| 59. | Part 5: Total business-related property, line 45 | $0.00 | |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. | Part 7: Total other property not listed, line 54 | +    $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $20,158.04 | Copy personal property total      **$20,158.04** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$180,158.04** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *Kathleen Ann Pianta* |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | *17-11049 TPA* |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                            4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| *3705 Lochiel Avenue Erie, PA 16505*<br>*Erie County*<br>Line from *Schedule A/B*: *1.1* | $160,000.00 | ■ $13,546.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(1)* |
| *2012 Ford Escape 31,000 miles*<br>Line from *Schedule A/B*: *3.1* | $16,700.00 | ■ $3,209.91<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(2)* |
| *Usual and Ordinary Household Goods and Furnishings*<br>Line from *Schedule A/B*: *6.1* | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |
| *Usual and Ordinary Electronics*<br>Line from *Schedule A/B*: *7.1* | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |
| *Usual and Ordinary Wearing Apparel*<br>Line from *Schedule A/B*: *11.1* | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | *11 U.S.C. § 522(d)(3)* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor 1 **Kathleen Ann Pianta**                                                    Case number (if known)  **17-11049 TPA**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Costume Jewelry**<br>Line from *Schedule A/B*: **12.1** | **$50.00** | ■ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Dog**<br>Line from *Schedule A/B*: **13.1** | **$1.00** | ■ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | **$43.00** | ■ **$43.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Checking Account @ Northwest Savings Bank**<br>Line from *Schedule A/B*: **17.1** | **$5.89** | ■ **$5.89**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Checking Account @ PNC Bank**<br>Line from *Schedule A/B*: **17.2** | **$300.00** | ■ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Checking Account @ Erie Bank**<br>Line from *Schedule A/B*: **17.3** | **$1.00** | ■ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Savings: Savings Account @ PNC Bank**<br>Line from *Schedule A/B*: **17.4** | **$0.15** | ■ **$0.15**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Checking Account @ Northwest Savings Bank**<br>Line from *Schedule A/B*: **17.5** | **$5.00** | ■ **$5.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Pension: Pension through past employment @ PNC Bank (in pay status/$386.79 per month)**<br>Line from *Schedule A/B*: **21.1** | **$1.00** | ■ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |
| **Pension: Pension through International Paper (in pay status/$898.45 per month)**<br>Line from *Schedule A/B*: **21.2** | **$1.00** | ■ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

G.J. STUBENHOFER APPRAISAL SERVICES, INC.
APPRAISAL REPORT

142F-5 JS
File No. 142F-5

## APPRAISAL OF



SINGLE FAMILY DWELLING

## LOCATED AT:

3705 LOCHIEL AVENUE
ERIE, PA  16505

## FOR:

ATTORNEY MICHAEL S JAN JANIN
2200 WEST GRANDVIEW BLVD.
ERIE, PA 16506

## BORROWER:

N/A

## AS OF:

October 26, 2017

## BY:

GERALD J. STUBENHOFER SRA
CERTIFIED RESIDENTIAL APPRAISER, PA

G.J. STUBENHOFER APPRAISAL SERVICES, INC.
APPRAISAL REPORT

142F-5 JS
File No. 142F-5

NOVEMBER 2, 2017

ATTORNEY MICHAEL S JAN JANIN
2200 WEST GRANDVIEW BLVD.
ERIE, PA  16506

File Number:  142F-5

In accordance with your request, I have appraised the real property at:

3705 LOCHIEL AVENUE
ERIE, PA  16505

The purpose of this appraisal is to develop an opinion of the market value of the subject property, as improved.
The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the market value of the property as of   October 26, 2017                    is:

$160,000
One Hundred Sixty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions,
final opinion of value, descriptive photographs, limiting conditions and appropriate certifications.

GERALD J. STUBENHOFER SRA
CERTIFIED RESIDENTIAL APPRAISER, PA

| Client File #: | 142F-5 JS | Appraisal File #: | 142F-5 |
|---|---|---|---|

# Summary Appraisal Report • Residential

**Appraisal Company:** G.J. STUBENHOFER APPRAISAL SERVICES, INC.

**‖‖ Appraisal Institute®**

AI Reports™    Form AI-100.01 •

**Address:** PO BOX 145 MCKEAN, PA 16426
**Phone:** 814-392-9800    Fax:    Web:

**Appraiser:** GERALD J. STUBENHOFER SRA
AI Membership: [X] SRA [ ] MAI [ ] SRPA [ ] Associate Member [ ] None
Other Professional Affiliation: NATIONAL ASSOCIATION OF REALTORS
E-mail: G.J.STUBEY@GMAIL.COM

**Co-Appraiser:**
AI Membership: [ ] SRA [ ] MAI [ ] SRPA [ ] Associate Member [ ] None
Other Professional Affiliation:
E-mail:    Contact:

**Client:** ATTORNEY MICHAEL S JAN JANIN
**Address:** 2200 WEST GRANDVIEW BLVD., ERIE, PA 16506
**Phone:** 814-833-2222    Fax:    E-mail: mjanjanin@quinnfirm.com

## REAL ESTATE IDENTIFICATION
**Address:** 3705 LOCHIEL AVENUE
**City:** ERIE    **County:** ERIE    **State:** PA    **Zip:** 16505
**Legal Description:** INSTRUMENT 1280 0547

**Tax Parcel #:** 33-5-18-3  33-5-19-14    **RE Taxes:** $2,679.93    **Tax Year:** 2017

## SUBJECT PROPERTY HISTORY
**Owner of Record:** KATHLEEN A PIANTA
Description and analysis of sales within 3 years (minimum) prior to effective date of value: THE SUBJECT HAS NO SALES HISTORY WITHIN THREE YEARS OF THE EFFECTIVE DATE OF THIS APPRAISAL.

Description and analysis of agreements of sale (contracts), listings, and options: THE SUBJECT IS NOT BEING TRANSFERRED. THE SUBJECT PROPERTY IS NOT CURRENTLY OFFERED FOR SALE. I AM NOT AWARE OF ANY AGREEMENTS OF SALE OR OPTIONS TO PURCHASE.

## RECONCILIATIONS AND CONCLUSIONS
| | |
|---|---|
| Indication of Value by Sales Comparison Approach | $    160,000 |
| Indication of Value by Cost Approach | $    N/A |
| Indication of Value by Income Approach | $    N/A |

Final Reconciliation of the Methods and Approaches to Value: THE FINAL VALUE ESTIMATE WAS ARRIVED AT BY THE USE OF THE SALES COMPARISON APPROACH AS IT DEALS WITH ACTUAL SALES OF SIMILAR PROPERTIES. THE COST APPROACH WAS CONSIDERED BUT NOT USED DUE TO ESTIMATES OF DEPRECIATION. INSUFFICIENT DATA AVAILABLE TO SUPPORT THE INCOME APPROACH.

**Opinion of Value as of:** 10/26/2017    $    160,000
*Subject to any hypothetical conditions or extraordinary assumptions stated in the Assignment Parameters section.*

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s).

© Appraisal Institute 2005, All Rights Reserved.
Produced using ACI software. 800 234 8727 www.aciweb.com

AI Reports™

11/08/05
AISR05 02/13/2006

G.J. STUBENHOFER APPRAISAL SERVICES, INC.

| Client: ATTORNEY MICHAEL S JAN JANIN | Client File #: | 142F-5 JS |
|---|---|---|
| Subject Property: 3705 LOCHIEL AVENUE | Appraisal File #: | 142F-5 |

## ASSIGNMENT PARAMETERS

Intended User(s): ATTORNEY MICHAEL S JAN JANIN AND HIS ASSIGNS

Intended Use: BANKRUPTCY PROCEEDINGS

*This report is not intended by the appraiser for any other use or by any other user.*

Type of Value: MARKET VALUE                                          Effective Date of Value: 10/26/2017

Interest Appraised:  [X] Fee Simple  [ ] Leasehold  [ ] Other:

Hypothetical Conditions: (A hypothetical condition is that which is contrary to what exists, but is asserted by the appraiser for the purpose of analysis.  Any hypothetical condition may affect the assignment results.)  N/A

Extraordinary Assumptions: (An extraordinary assumption is directly related to a specific assignment and presumes uncertain information to be factual.  If found to be false this assumption could alter the appraiser's opinions or conclusions.  Any extraordinary assumption may affect the assignment results.)  N/A

In accordance with Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice (USPAP), this is a summary appraisal report.

## SCOPE OF WORK

Definition:  The scope of work is the type and extent of research and analysis in an assignment.  Scope of work includes: the extent to which the property is identified; the extent to which tangible property is inspected; the type and extent of data researched; and the type and extent of analysis applied to arrive at opinions or conclusions.  The specific scope of work for this assignment is identified below and throughout this report.

| Inspection of Subject: | Data Sources Used: | Approaches to Value Developed: |
|---|---|---|
| **Appraiser:**<br>[ ] None  [X] Interior  [X] Exterior<br>[X] Date of Inspection 10/26/2017<br><br>**Co-Appraiser:**<br>[X] None  [ ] Interior  [ ] Exterior<br>[ ] Date of Inspection _____<br><br>**Living Area Measured:**<br>[X] Yes  [ ] No<br>[ ] Other_____ | [X] MLS<br>[X] Public Records<br>[X] Office Files<br>[X] Owner<br>[ ] Plans & Specifications<br>[ ] Purchase Agreement<br>[ ] Other: | **Cost Approach:**<br>[ ] Is necessary and developed in this analysis<br>[ ] Is applicable but not necessary and omitted in this analysis<br>[X] Is not applicable or necessary and omitted in this analysis<br>**Sales Comparison Approach:**<br>[X] Is necessary and developed in this analysis<br>[ ] Is applicable but not necessary and omitted in this analysis<br>[ ] Is not applicable or necessary and omitted in this analysis<br>**Income Approach:**<br>[ ] Is necessary and developed in this analysis<br>[ ] Is applicable but not necessary and omitted in this analysis<br>[X] Is not applicable or necessary and omitted in this analysis |

Additional Scope of Work Comments: THE SCOPE OF THE APPRAISAL INCLUDES, BUT IS NOT LIMITED TO: 1) A PHYSICAL INSPECTION OF THE SUBJECT PROPERTY. 2) COLLECTION AND VERIFICATION OF PERTINENT DATA VIA; COURT HOUSE RESEARCH, INTERVIEWS WITH REAL ESTATE PROFESSIONALS AND THE GREATER ERIE BOARD OF REALTORS MULTIPLE LISTING SERVICE. 3) A COMPLETE ANALYSIS OF RELEVANT DATA FOR APPLICATION TO THE THREE ACCEPTED APPROACHES TO VALUE: THE SALES COMPARISON, COST AND INCOME APPROACHES. 4) AN ANALYSIS AND CORRELATION OF ALL APPLICABLE APPROACHES TO VALUE WILL BE CONSIDERED TO REPORT A FINAL ESTIMATE OF VALUE.

Significant Real Property Appraisal Assistance:  [X] None  [ ] Disclose Name(s) and contribution:

| Client: ▮▮▮▮ ATTORNEY MICHAEL S JAN JANIN | Client File #: 142F-5 JS |
|---|---|
| Subject Property: 3705 LOCHIEL AVENUE | Appraisal File #: 142F-5 |

## MARKET AREA ANALYSIS

| Location | Built Up | Growth | Supply & Demand | Value Trend | Typical Marketing Time |
|---|---|---|---|---|---|
| ☐ Urban | ☐ Under 25% | ☐ Rapid | ☐ Shortage | ☐ Increasing | ☐ Under 3 Months |
| ☐ Suburban | ☐ 25-75% | ☐ Stable | ☐ In Balance | ☐ Stable | ☐ 3-6 Months |
| ☐ Rural | ☐ Over 75% | ☐ Slow | ☐ Over Supply | ☐ Decreasing | ☐ Over 6 Months |

| Neighborhood Single Family Profile | | | Neighborhood Land Use | | | | Neighborhood Name: GLENRUADH ASSOCIATION |
|---|---|---|---|---|---|---|---|
| Price | | Age | | | | | |
| 85K | Low | 30 | 1 Family | 100 % | Commercial | % | PUD ☐  Condo ☐  HOA: $ 250.00 / YEAR |
| 300K | High | 100+ | Condo | % | Vacant | % | Amenities: SNOW REMOVAL ROAD |
| 140K | Predominant | 75 | Multifamily | % | Other | % | MAINTENANCE |

Market area description and characteristics:  THE SUBJECT IS LOCATED IN THE NORTH CENTRAL PORTION OF MILLCREEK TOWNSHIP, IN CLOSE PROXIMITY TO THE SOUTH SHORE OF LAKE ERIE, THE SPECIFIC AREA KNOWN AS THE "GLENRUADH ASSOCIATION". THIS AREA WAS ORIGINALLY DEVELOPED WITH SEASONAL HOMES OF VARIED ARCHITECTURE WHICH OVER TIME HAVE BEEN CONVERTED TO "YEAR ROUND" OCCUPANCY. THE NEIGHBORHOOD MIX IS HOMOGENEOUS IN NATURE AND HAS SHOWN GOOD MARKET ACCEPTANCE. THERE ARE NO SEVERE ADVERSE MARKETING CONDITIONS PRESENT

## SITE ANALYSIS

| | |
|---|---|
| Dimensions: 83.16 X 129.5 IRR | Area: 11909 Sq.Ft. |
| View: RESIDENTIAL/LAKE VIEW | Shape: RECTANGULAR |
| Drainage: NATURAL/APPEARS ADEQUATE | Utility: ADEQUATE |

### Site Similarity/Conformity To Neighborhood

| Size: | View: | Zoning/Deed Restriction | |
|---|---|---|---|
| ☐ Smaller than Typical | ☒ Favorable | Zoning: R-1 SINGLE FAMILY RESIDENTIAL | Covenants, Condition & Restrictions: ☐ Yes ☐ No ☒ Unknown |
| ☒ Typical | ☐ Typical | ☒ Legal ☐ No zoning | Documents Reviewed ☐ Yes ☐ No |
| ☐ Larger than Typical | ☐ Less than Favorable | ☐ Legal, non-conforming | |
| | | ☐ Illegal * | Ground Rent: $ / |

### Utilities / Off Site Improvements

| Utilities | | | Off Site Improvements | | |
|---|---|---|---|---|---|
| Electric | ☒ Public | ☐ Other | Street | ☐ Public | ☒ Private |
| Gas | ☒ Public | ☐ Other | Alley | ☐ Public | ☐ Private |
| Water | ☒ Public | ☐ Other | Sidewalk | ☐ Public | ☐ Private |
| Sewer | ☒ Public | ☐ Other | Street Lights | ☐ Public | ☐ Private |

Site description and characteristics: *THE SUBJECT PROPERTY COMPLIES TO THE GENERAL USE OF THE CURRENT ZONING. THE SUBJECT LAND AREA INCLUDES TWO SEPARATE LOTS RECORDED ON ONE DEED. PARCEL #3 IS DEVELOPED WITH A SINGLE FAMILY DWELLING. PARCEL #14 WAS, AT ONE TIME, A BEACH LOT. THE TOPOGRAPHY IS STEEP CLIFF TO LAKE WITH NO LAND ACCESS AND THE LOT ITSELF IS UNDERWATER. NO UTILITY NO ADDED VALUE. THE SUBJECT'S LAKE VIEW ENHANCES MARKETABILITY.

© Appraisal Institute 2005, All Rights Reserved.
Produced using ACI software, 800.234.8727 www.aciweb.com

11/06/05
AIS/R06-0213/2006

| Client: | ATTORNEY MICHAEL S JAN JANIN | Client File #: | 142F-5 JS |
|---|---|---|---|
| Subject Property: | 3705 LOCHIEL AVENUE | Appraisal File #: | 142F-5 |

## IMPROVEMENTS ANALYSIS

**General:** Design: RANCH   No. of Units: 1   No. of Stories: 1   Actual Age: 65   Effective Age: 55
[X] Existing   [ ] Under Construction   [ ] Proposed   [ ] Attached   [X] Detached   [ ] Manufactured   [ ] Modular
Other:

**Exterior Elements:** Roofing: COMPOSITION SHINGLE   Siding: VINYL-T111   Windows: DOUBLE HUNG
[X] Patio   [ ] Deck   [X] Porch   [ ] Pool   [X] Fence
Other: STORAGE SHEDS

**Interior Elements:** Flooring: CARPET/CERAMIC   Walls: WALL BOARD/PANELED   [X] FP# 2 GAS
Kitchen: [P] Refrigerator   [ ] Range   [ ] Oven   [ ] Fan/Hood   [ ] Microwave   [X] Dishwasher   Countertops: FORMICA
Other:

**Foundation:** [ ] Crawl Space   [X] Slab   [ ] Basement
Other:

**Attic:** [ ] None   [ ] Scuttle   [X] Drop Stair   [ ] Stairway   [ ] Finish
**Mechanicals:** HVAC: HW   Fuel: GAS   Air Conditioning: CENTRAL
**Car Storage:** [ ] Driveway   [X] Garage 2 CAR   [ ] Carport   [X] Finished
**Other Elements:**

### Above Grade Gross Living Area (GLA)

| | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bdrms | # Baths | Utility | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Level 1 | 1 | 1 | 1 | | 2 | | 2 | 2.0 | 1 | DEN | 1,842 |
| Level 2 | | | | | | | | | | | |

Finished area above grade contains: 2 Bedroom(s)   2.0 Bath(s)   1,842 Sq. Ft. of GLA

Summarize above grade improvements: THE EXTERIOR IS IN AVERAGE OVERALL CONDITION. THE ROOF APPEARS TO BE NEARING THE END OF ITS PHYSICAL LIFE, NO VISIBLE SIGNS OF LEAKAGE. THE INTERIOR IS ALSO AVERAGE OVERALL. THE DECOR ; KITCHEN AND BATHROOMS ARE DATED. COSMETIC REPAIR AND THE CONDITION OF SHORT LIVED ITEMS ARE AVERAGE. THE FLOOR PLAN IS ADEQUATE FOR THIS SIZE AND STYLE DWELLING. THE HEATING SYSTEM IS ORIGINAL (65 YEARS OLD) THE REMAINDER OF THE MECHANICAL SYSTEMS APPEAR TO BE ADEQUATE AND FUNCTIONAL.

### Below Grade Area or Other Living Area

| | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bdrms | # Baths | Utility | %Finished | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Below Grade | | | | | | | | | | | 0 |
| Other Living Area | | | | | | | | | | | |

Summarize below grade and/or other living area Improvements: N/A

Discuss physical depreciation and functional or external obsolescence: PHYSICAL DEPRECIATION IS DUE TO AGE, WEAR AND TEAR. THERE IS NO MEASURABLE FUNCTIONAL OR EXTERNAL OBSOLESCENCE PRESENT.

Discuss style, quality, condition, size, and value of improvements including conformity to market area: THE SUBJECTS STYLE, QUALITY AND SIZE IS MARKET ACCEPTED, COMPARES FAVORABLY WITH COMPETING LIKE HOUSING AND CONFORMS TO THE SUBJECT'S GENERAL MARKET AREA.

## HIGHEST AND BEST USE ANALYSIS
[X] Present Use   [ ] Proposed Use   [ ] Other

Summary of highest and best use analysis: THE SUBJECT'S HIGHEST AND BEST USE IS IT'S PRESENT USE. THE PRESENT USE MEETS THE FOUR TESTS OF THE HIGHEST AND BEST USE.

| Client: | ATTORNEY MICHAEL S JAN JANIN | Client File #: | 142F-5 JS |
|---|---|---|---|
| Subject Property: | 3705 LOCHIEL AVENUE | Appraisal File #: | 142F-5 |

## COST APPROACH

### Cost Approach Definitions

☐ **Reproduction Cost** is the estimated cost to construct, at current prices as of the effective appraisal date, an exact duplicate or replica of the building being appraised, using the same materials, construction standards, design, layout, and quality of workmanship, and embodying all of the deficiencies, superadequacies, and obsolescence of the subject building.

☐ **Replacement Cost** is the estimated cost to construct, at current prices as of the effective appraisal date, a building with utility equivalent to the building being appraised, using modern materials and current standards, design and layout.

### Cost Approach Analysis

| Estimated Cost New | | | | |
|---|---|---|---|---|
| Above Grade Living Area | 1,842 Sq. Ft. @ $ | | = $ | N/A |
| Finished Below Grade Area | 0 Sq. Ft. @ $ | | = $ | |
| Unfinished Below Grade Area | 0 Sq. Ft. @ $ | | = $ | |
| Other Living Area | Sq. Ft. @ $ | | = $ | |
| Car Storage | 441 Sq. Ft. @ $ | | = $ | N/A |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | N/A |
| Total Estimated Cost New | | | | |
| Less Depreciation        Econ. Age Basis:        Est. Rem. Econ. Life: | | | | |
| Physical | 0.0 % = $ | 0 | | |
| Functional | 0.0 % = $ | 0 | | |
| External | 0.0 % = $ | 0 | | |
| Total Depreciation | $ | 0 | | |
| Depreciated Value of Improvements | | | $ | N/A |
| Contributory Value of Site Improvements | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |
| Opinion of Site Value | | | $ | |
| Indicated Value | | | | N/A |

Cost Approach Comments (Data Sources, Depreciation Basis, Site Value, Etc.): BECAUSE OF THE AGE OF THE SUBJECT PROPERTY AND THE SUBJECTIVE NATURE OF ESTIMATING ACCRUED DEPRECIATION, THE COST APPROACH IS NOT CONSIDERED TO BE A VIABLE APPROACH TO ESTIMATE MARKET VALUE AND WILL NOT BE USED IN THIS REPORT.

Cost Approach Reconciliation:

| Indication of Value by Cost Approach | | $ | N/A |
|---|---|---|---|

| Client: | ATTORNEY MICHAEL S JAN JANIN | | Client File #: | 142F-5 JS | |
|---|---|---|---|---|---|
| Subject Property: | 3705 LOCHIEL AVENUE | | Appraisal File #: | 142F-5 | |

### SALES COMPARISON APPROACH

| ITEM | SUBJECT | COMPARISON NO. 1 | | COMPARISON NO. 2 | | COMPARISON NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address 3705 LOCHIEL AVENUE ERIE | | 604 INDIANA DRIVE ERIE, PA 16505 | | 617 CALIFORNIA DRIVE ERIE, PA 16505 | | 337 INDIANA DRIVE ERIE, PA 16505 | |
| Proximity to Subject | | 1.78 MILES NE | | 1.94 MILES NE | | 1.80 MILES NE | |
| Final List Price | N/A | $ | $150,000 | $ | $159,900 | $ | $178,500 |
| Sale Price | N/A | $ | $140,000 | $ | $155,500 | $ | $163,500 |
| Sale-To-List Price Ratio | 0.00% | % | 93.33% | % | 97.25% | % | 91.60% |
| Closing Date | N/A | 10/03/2017 | | 09/26/2017 | | 08/11/2017 | |
| Days On Market | N/A | 55 | | 51 | | 22 | |
| Price/Gross Living Area | $0.00 | | $86.42 | | $84.51 | | $83.50 |
| Data Source/ Verification | INSPECTION COURT HOUSE | M.L.S./COURT HOUSE CT/HS SELLER DISCLOSURE | | M.L.S./COURT HOUSE CT/HS SELLER DISCLOSURE | | M.L.S./COURT HOUSE CT/HS SELLER DISCLOSURE | |
| | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Financing Type | N/A | CONV. LOAN | | CONV. LOAN | | CONV. LOAN | |
| Concessions | N/A | NONE KNOWN | | NONE KNOWN | | NONE KNOWN | |
| Contract Date | N/A | 08/23/2017 | | 08/28/2017 | | 07/12/2017 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Site Size | 83.16 X 129.6 IRR | 104 X 130 | | 75 X 130 | | 90 X 130 | |
| Site Views/Appeal | RES/LAKE/GOOD | RES/AVG | 15,000 | RES/AVG | 15,000 | RES/AVG | 15,000 |
| Design and Appeal | RANCH/AVG | RANCH/AVG | | RANCH/AVG | | RANCH/AVG | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 65A/55E | 61A/55E | | 66A/55E | | 67A/55E | |
| Condition | AVERAGE | SUPERIOR | -5,000 | SUPERIOR | -5,000 | SUPERIOR | -5,000 |
| Above Grade Bedrooms | Bedrooms 2 | Bedrooms 3 | | Bedrooms 3 | | Bedrooms 3 | |
| Above Grade Baths | Baths 2.0 | Baths 2.0 | | Baths 1.0 | 4,000 | Baths 2.0 | |
| Gross Living Area | 1,842 Sq. ft. | 1,620 Sq. ft. | 6,700 | 1,840 Sq. ft. | 100 | 1,958 Sq. ft. | -3,500 |
| Below Grade Area | SLAB | SLAB | | FULL | -10,000 | FULL | -10,000 |
| Below Grade Finish | N/A | N/A | | BATH | -1,000 | 1 ROOM FAIR | 0 |
| Other Living Area | NONE | NONE | | NONE | | NONE | |
| Functional Utility | ADEQUATE | ADEQUATE | | ADEQUATE | | ADEQUATE | |
| Heating/Cooling | GAS HW/C/A | GAS FA/C/A | | GAS HW/C/A | | GAS FA/C/A | |
| Car Storage | 2 CAR GAR | 2 CAR GAR | | 2 CAR GAR | | 2 CAR GAR | |
| OTHER | 2 GAS F/P | 1 F/P | 2,000 | 1 F/P | 2,000 | 1 F/P | 2,000 |
| OTHER | PATIOS,PORCH | EQUAL | | EQUAL | | EQUAL | |
| OTHER | FENCE | EQUAL | | EQUAL | | EQUAL | |
| Net Adj. (total) | | [X] + [ ] - $ | 18,700 | [X] + [ ] - $ | 5,100 | [ ] + [X] - $ | 1,500 |
| Adjusted Sale Price Gross/Net | | 20.5 / 13.4 $ | 158,700 | 23.9 / 3.3 $ | 160,600 | 21.7 / -0.9 $ | 162,000 |

Comments and reconciliation of the sales comparison approach: COMPARABLES SELECTED REPRESENT TRANSFERS OF ARCHITECTURALLY SIMILAR DWELLINGS LOCATED IN THE SUBJECT'S NORTH WEST MILLCREEK MARKET AREA. SALES WOULD HAVE SIMILAR APPEAL TO TYPICAL PURCHASERS AS COMPARED TO THE SUBJECT. WEIGHT OF OPINION IS GIVEN COMPARABLE NO.1, REQUIRING THE LEAST AMOUNT OF CATEGORY ADJUSTMENTS ADJUSTED UPWARD TO REFLECT COMPARABLE NO.3, SUPPORTED BY COMPARABLE NO.2.

| Indication of Value by Sales Comparison Approach | ONE HUNDRED SIXTY THOUSAND DOLLARS | $ 160,000 |
|---|---|---|

AI Reports™

© Appraisal Institute 2005, All Rights Reserved.
Produced using AI software, 800 334 8727 www.aiweb.com

11/06/05
AIS/05 02130006

| Client: ATTORNEY MICHAEL S JAN JANIN | Client File #: 142F-5 JS |
|---|---|
| Subject Property: 3705 LOCHIEL AVENUE | Appraisal File #: 142F-5 |

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal is subject to the following assumptions and limiting conditions:

- This report is prepared using forms developed and copyrighted by the Appraisal Institute. However, the content, analyses, and opinions set forth in this report are the sole product of the appraiser. The Appraisal Institute is not liable for any of the content, analyses, or opinions set forth herein.

- No responsibility is assumed for matters legal in character or nature. No opinion is rendered as to title, which is assumed to be good and marketable. All existing liens, encumbrances, and assessments have been disregarded, unless otherwise noted, and the property is appraised as though free and clear, having responsible ownership and competent management.

- I have examined the property described herein exclusively for the purposes of identification and description of the real property. The objective of our data collection is to develop an opinion of the highest and best use of the subject property and make meaningful comparisons in the valuation of the property. The appraiser's observations and reporting of the subject improvements are for the appraisal process and valuation purposes only and should not be considered as a warranty of any component of the property. This appraisal assumes (unless otherwise specifically stated) that the subject is structurally sound and all components are in working condition.

- I will not be required to give testimony or appear in court because of having made an appraisal of the property in question, unless specific arrangements to do so have been made in advance, or as otherwise required by law.

- I have noted in this appraisal report any significant adverse conditions (such as needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) discovered during the data collection process in performing the appraisal. Unless otherwise stated in this appraisal report, I have no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and have assumed that there are no such conditions and make no guarantees or warranties, express or implied. I will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because I am not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable public and/or private sources that I believe to be true and correct.

- I will not disclose the contents of this appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and/or applicable federal, state or local laws.

- The Client is the party or parties who engage an appraiser (by employment or contract) in a specific assignment. A party receiving a copy of this report from the client does not, as a consequence, become a party to the appraiser-client relationship. Any person who receives a copy of this appraisal report as a consequence of disclosure requirements that apply to an appraiser's client, does not become an intended user of this report unless the client specifically identified them at the time of the assignment. The appraisers written consent and approval must be obtained before this appraisal report can be conveyed by any one to the public through advertising, public relations, news, sales, or other media.

- A true and complete copy of this report contains __18__ pages including exhibits which are considered an integral part of the report. The appraisal report may not be properly understood without access to the entire report.

- If this valuation conclusion is subject to satisfactory completion, repairs, or alterations, it is assumed that the improvements will be completed competently and without significant deviation.

## VALUE DEFINITION

[X] Market Value Definition (below)       [X] Alternate Value Definition (attached)

MARKET VALUE is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: *Appraisal Institute Dictionary of Real Estate Appraisal*

AI Reports™          © Appraisal Institute 2005, All Rights Reserved.
Produced using ACI software, 800.234.8727 www.aciweb.com          11/08/05
AIVSR05 02132005

| Client: ATTORNEY MICHAEL S JAN JANIN | Client File #: 142F-5 JS |
|---|---|
| Subject Property: 3705 LOCHIEL AVENUE | Appraisal File #: 142F-5 |

## APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The reported analysis, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analysis, opinions, and conclusions.
- I have no present (unless specified below) or prospective interest in the property that is the subject of this report, and I have no (unless specified below) personal interest with respect to the parties involved.
- I have no bias with respect to any property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon the developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the use of this appraisal.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analysis, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- Individuals who have provided significant real property appraisal assistance are named below. The specific tasks performed by those named are outlined in the Scope of Work section of this report.

[X] None    [ ] Name(s)

As previously identified in the scope of work section of this report, the signer(s) of this report certify to the inspection of the property that is the subject of this report as:

| | | | |
|---|---|---|---|
| Appraiser | [ ] None | [X] Interior | [X] Exterior |
| Co-Appraiser | [X] None | [ ] Interior | [ ] Exterior |

## ADDITIONAL CERTIFICATION FOR APPRAISAL INSTITUTE MEMBERS

Appraisal Institute Member Certify:

- The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, which include the Uniform Standards of Professional Appraisal Practice.
- The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

| Designated Appraisal Institute Member Certify: | Designated Appraisal Institute Member Certify: |
|---|---|
| • As of the date of this report, I [X] have / [ ] have not completed the continuing education program of the Appraisal Institute. | • As of the date of this report, I [ ] have / [ ] have not completed the continuing education program of the Appraisal Institute. |
| **APPRAISER:** | **CO-APPRAISER:** |
| Signature _____ | Signature _____ |
| Name GERALD J. STUBENHOFER SRA   Report Date 11/02/2017 | Name _____   Report Date _____ |
| State Certification # RL000261L    ST PA | State Certification # _____   ST _____ |
| or License # _____ ST _____ | or License # _____ ST _____ |
| Expiration Date 06/30/2019 | Expiration Date _____ |

© Appraisal Institute 2005, All Rights Reserved.
Produced using ACI software, 800 234 8727 www.aciweb.com

AI Reports™

11/08/05
AISR06 02132006

SUBJECT PROPERTY PHOTO ADDENDUM   File No.: 142F-5

| Borrower: N/A | | | |
|---|---|---|---|
| Property Address: 3705 LOCHIEL AVENUE | | Case No.: 142F-5 JS | |
| City: ERIE | State: PA | | Zip: 16505 |
| Lender: ATTORNEY MICHAEL S JAN JANIN | | | |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: October 28, 2017
Appraised Value: $ 160,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: N/A | File No.: 142F-5 |
| Property Address: 3705 LOCHIEL AVENUE | Case No.: 142F-5 JS |
| City: ERIE | State: PA | Zip: 16505 |
| Lender: ATTORNEY MICHAEL S JAN JANIN | |



**COMPARABLE SALE #1**

604 INDIANA DRIVE
ERIE, PA 16505
Sale Date: 10/03/2017
Sale Price: $ 140,000



**COMPARABLE SALE #2**

617 CALIFORNIA DRIVE
ERIE, PA 16505
Sale Date: 09/26/2017
Sale Price: $ 155,500



**COMPARABLE SALE #3**

337 INDIANA DRIVE
ERIE, PA 16505
Sale Date: 08/11/2017
Sale Price: $ 163,500



FLOORPLAN SKETCH

| Borrower: N/A | | File No.: 142F-5 | |
| Property Address: 3705 LOCHIEL AVENUE | | Case No.: 142F-5 JS | |
| City: ERIE | State: PA | | Zip: 16505 |
| Lender: ATTORNEY MICHAEL S JAN JANIN | | | |

Sketch by Apex Sketch v5 Standard™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1842.00 | 1842.00 |
| GAR | Garage | 441.00 | 441.00 |
| P/P | Porch | 165.00 | |
| | Porch | 432.00 | 597.00 |
| | | | |
| Net LIVABLE Area | (rounded) | | 1842 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 12.0 x 64.0 | | 768.00 |
| 10.0 x 28.0 | | 280.00 |
| 13.0 x 28.0 | | 364.00 |
| 10.0 x 43.0 | | 430.00 |
| | | |
| 4 Items | (rounded) | 1842 |

PLAT MAP

| Borrower: N/A | | File No.: 142F-5 |
| Property Address: 3705 LOCHIEL AVENUE | | Case No.: 142F-5 JS |
| City: ERIE | State: PA | Zip: 16505 |
| Lender: ATTORNEY MICHAEL S JAN JANIN | | |



814-392-9800

LOCATION MAP

| Borrower: N/A | | File No.: 142F-5 |
| Property Address: 3705 LOCHIEL AVENUE | | Case No.: 142F-5 JS |
| City: ERIE | State: PA | Zip: 16505 |
| Lender: ATTORNEY MICHAEL S JAN JANIN | | |



G.J. STUBENHOFER APPRAISAL SERVICES, INC.
APPRAISAL REPORT

142F-5 JS
File No. 142F-5

********* INVOICE *********

File Number: 142F-5                                    11/02/2017

ATTORNEY MICHAEL S JAN JANIN
2200 WEST GRANDVIEW BLVD.
ERIE, PA 16506

Borrower :           N/A...OWNER KATHLEEN A PIANTA

Invoice # :          142F--5 JS
Order Date :
Reference/Case # :   142F-5 JS
PO Number :

3705 LOCHIEL AVENUE
ERIE, PA 16505

| | | |
|---|---|---|
| APPRAISAL FEE | $ | 450.00 |
| | $ | |
| Invoice Total | $ | 450.00 |
| State Sales Tax @ | $ | 0.00 |
| Deposit | ($ | 450.00 ) |
| Deposit | ($ | ) |
| Amount Due | $ | 0.00 |

Terms:  PAID IN FULL

Please Make Check Payable To:

Fed. I.D. #: 26-3876840

THANK YOU

PO BOX 145 MCKEAN, PA 16426, 814-392-9800

142F-5 JS
File No. 142F-5

# ********* QUALIFICATIONS *********

APPRAISER

GERALD J. STUBENHOFER, SRA
PO BOX 145
MCKEAN, PENNSYLVANIA 16426
PHONE:  814-860-3477
FAX:  814-860-3488
EDUCATION:

COURSES SUCCESSFULLY COMPLETED:

CONTINUING EDUCATION FROM FROM 2007 TO PRESENT

SEP 2007  CONDOMINIUMS, CO-OPS, AND PUDs
           APPRAISAL INSTITUTE

JUN 2007  NATIONAL USPAP UPDATE COURSE
           MCKISSOCK DATA SYSTEMS

APR:2006  FHA AND THE NEW RESIDENTIAL APPRAISAL FORM
           APPRAISAL INSTITUTE

SEP. 2005  CONDEMNATION APPRAISING:  BASIC PRINCIPLES AND APPLICATIONS
           MANUFACTURERS ASSOCIATION OF ERIE

JUL.2005  PROFESSIONAL'S GUIDE TO UNIFORM RESIDENTIAL APPRAISAL REPORT
           MANUFACTURERS ASSOCIATION OF ERIE

JUL.2005  FHA APPRAISAL INSPECTION FROM THE GROUND UP:  WHAT EVERY APPRAISER
           SHOULD KNOW
           MANUFACTURERS ASSOCIATION OF ERIE

MAY2005  RESIDENTIAL DESIGN & FUNCTIONAL UTILITY
           PITTSBURGH CHAPTER APPRAISAL INSTITUTE

JUN 2004  UNIFORM CONSTRUCTION CODE FRO PA.
           MANUFACTURERS ASSOCIATION OF ERIE

MAY2004  ASSESSMENT LAW & PROCEDURE IN PA.
           MANUFACTURERS ASSOCIATION OF ERIE

DEC.2003  APPRAISALS AND REAL ESTATE LENDING:  WHAT EVERY BANKER SHOULD
           KNOW / APPRAISAL INSTITUTE
           MANUFACTURERS ASSOCIATION OF ERIE

OCT. 2003  PROFESSIONALISM IN REAL ESTATE / ETHICS
           VILLA OF ERIE

OCT. 2003  USPAP - NEW UPDATE (REQUIRED)
           MANUFACTURER'S ASSOCIATION OF ERIE

OCT. 2003  PA. CODE 49, ACT 98 - RULES AND REGULATIONS
           MANUFACTURER'S ASSOCIATION OF ERIE

142F-5 JS
File No. 142F-5

# ********* QUALIFICATIONS *********

DEC. 2002  AIRPORT EXTENSION / RESTRICTIONS
           MANUFACTURER'S ASSOCIATION OF ERIE

MAY 2002  STANDARDS OF PROFESSIONAL PRACTICE 'C' & PA. LAW
          MANUFACTURER'S ASSOCIATION OF ERIE

JAN. 2002  RE-ASSESSMENT OF ERIE COUNTY

DEC. 2001  HOME INSPECTION
           MANUFACTURER'S ASSOCIATION OF ERIE

NOV. 2001  ARCHITECTS & APPRAISERS
           MANUFACTURER'S ASSOCIATION OF ERIE

SEP. 2001  NON-CONFORMING USE
           MANUFACTURER'S ASSOCIATION OF ERIE

JAN. 2001  PA. LAW
           MANUFACTURER'S ASSOCIATION OF ERIE

JAN. 2001  STATE OF THE VALUATION PROFESSION

JAN. 2001  USPAP - NEW UPDATE (REQUIRED)
           MANUFACTURER'S ASSOCIATION OF ERIE

JAN. 2001  UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL (USPAP)
           APPRAISAL INSTITUTE NW PA. CHAPTER

OCT. 2000  CONSTRUCTION
           CHAPTER

SEP. 2000  PA. STATE MANDATED COURSE
           MCKISSOCK DATA SYSTEMS

SEP. 2000  RE-ASSESSMENT PROCEDURES, HOW TO ACCESS, HOW TO
           APPEAL
           APPRAISAL INSTITUTE NW. PA. CHAPTER

MAY2000  APPRAISING MANUFACTURED HOUSING
         APPRAISAL INSTITUTE NW. PA. CHAPTER

DEC. 1999  FHA SEMINAR
           APPRAISAL INSTITUTE NW. PA. CHAPTER

APR. 1999  STATE MANDATED COURSE
           MCKISSOCK DATA SYSTEMS

OCT. 1998  STANDARDS OF PROFESSIONAL PRACTICE
           APPRAISAL INSTITUTE NW. PA. CHAPTER

APR. 1998  AUTOMATED VALUATION MODELS
           APPRAISAL INSTITUTE NW. PA. CHAPTER

JUN. 1997  FHA APPRAISER TRAINING
           US DEPT. OF HUD, PITTSBURGH

142F-5 JS
File No. 142F-5

# \*\*\*\*\*\*\*\*\* QUALIFICATIONS \*\*\*\*\*\*\*\*\*

FEB. 1997   INCOME CAPITALIZATION
            MCKISSOCK DATA SYSTEMS

SEP. 1995   MARSHALL & SWIFT SINGLE FAMILY COST DATA SEMINAR
            APPRAISAL INSTITUTE NW. PA. CHAPTER

FEB. 1995   UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL
            PRACTICE (ALSO MAY 1996)
            MCKISSOCK DATA SYSTEMS

DEC. 1994   FHA PRACTICES, (RECERTIFICATION COURSE MAY 1996)
            U.S. DEPT. OF HOUSING & URBAN DEVELOPMENT, PITTSBURGH

OCT. 1993   URAR SEMINAR
            APPRAISAL INSTITUTE N.W. PA CHAPTER

MAY 1993    FAIR HOUSING
            POLLEY ASSOCIATES

FEB. 1993   FIRREA
            THE APPRAISAL INSTITUTE NW. PA. CHAPTER

JUN. 1992   STANDARDS OF PROFESSIONAL PRACTICE, PART B
            THE APPRAISAL INSTITUTE NW. PA. CHAPTER

MAR. 1991   SMALL RESIDENTIAL INCOME PROPERTY APPRAISAL REPORT
            APPRAISAL INSTITUTE NW. PA. CHAPTER

SEP. 1989   PROFESSIONAL PRACTICE SEMINARS
            SOCIETY OF REAL ESTATE APPRAISERS

JUL. 1989   MARKET EXTRACTION SEMINAR
            SOCIETY OF REAL ESTATE APPRAISERS

AUG. 1988   NARRATIVE REPORT WRITING SEMINAR
            SOCIETY OF REAL ESTATE APPRAISERS

NOV. 1987   URAR SEMINAR
            SOCIETY OF REAL ESTATE APPRAISERS

JUL. 1987   COURSE 102
            SOCIETY OF REAL ESTATE APPRAISERS, CLEVELAND CHAPTER

JUN. 1986   COURSE 101
            SOCIETY OF REAL ESTATE APPRAISERS, PURDUE UNIVERSITY

1972-1980   GRADUATE REALTORS INSTITUTE (GRI)
            REAL ESTATE INSTITUTE

1972-1975   CERTIFICATION FOR REAL ESTATE BROKER'S LICENSE
            APPRAISAL 1 - APPRAISAL11
            PENN STATE UNIVERSITY (BEHREND CAMPUS)

142F-5 JS
File No. 142F-5

# ********* QUALIFICATIONS *********

OTHER:

CURRENT:                OWNER/ PRESIDENT G.J. STUBENHOFER APPRAISAL SERVICES, INC.

FEB 2006 TO 1/09        EMPLOYEE OF STUBENHOFER APPRAISAL SERVICES, INC.

1995 TO FEB. 2006:      OWNER/PRESIDENT, STUBENHOFER APPRAISAL
                        SERVICES, INC.

1992- 1995:             OWNER/PARTNER/BROKER SAMMARTINO &
                        STUBEHOFER, INC.

1988 - 1992:            RESIDENTIAL APPRAISER, SELF EMPLOYED

PRIOR:                  OWNER/PARTNER/BROKER APPRAISAL

TEACHING:

1993 TO PRESENT:  GANNON UNIVERSITY, ERIE, PA., REAL ESTATE
                  APPRAISAL

ASSOCIATION MEMBERSHIPS:

1995            PRESIDENT, NORTHWESTERN PA. CHAPTER
                THE APPRAISAL INSTITUTE

MEMBER:         NATIONAL ASSOCIATION OF REALTORS

MEMBER:         PENNSYLVANIA ASSOCIATION OF REALTORS

MEMBER:         GREATER ERIE BOARD OF REALTORS

DESIGNATIONS:

SRA:            SENIOR RESIDENTIAL APPRAISER,
                THE APPRAISAL INSTITUTE

CRA:            CERTIFIED RESIDENTIAL APPRAISER
                PENNSYLVANIA #RL-000261-L

                FHA APPROVED APPRAISER

| | |
|---|---|
| Borrower: N/A | File No.: 142F-5 |
| Property Address: 3705 LOCHIEL AVENUE | Case No.: 142F-5 JS |
| City: ERIE State: PA | Zip: 16505 |
| Lender: ATTORNEY MICHAEL S JAN JANIN | |



ENCLOSED PORCH



LIVING ROOM



KITCHEN



DINING AREA



LAUNDRY



UTILITY ROOM ORIGINAL BOILER



FAMILY ROOM



FAMILY ROOM



BEDROOM



BATH



BEDROOM



BATH

| | |
|---|---|
| Borrower: N/A | File No.: 142F-5 |
| Property Address: 3705 LOCHIEL AVENUE | Case No.: 142F-5 JS |
| City: ERIE | State: PA   Zip: 16505 |
| Lender: ATTORNEY MICHAEL S JAN JANIN | |



DEN



STORAGE SHED



STORAGE SHED



ROOF CONDITION



ADDITIONAL LAND LOCKED LOT





142F-5 JS
File No. 142F-5

## USPAP ADDENDUM

Borrower: N/A
Property Address: 3705 LOCHIEL AVENUE
City: ERIE          County: ERIE          State: PA          Zip Code: 16505
Lender: ATTORNEY MICHAEL S JAN JANIN

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 90 TO 180 DAYS

BASED UPON MY REPORTED VALUE FOR THE SUBJECT, I WOULD ESTIMATE A REASONABLE EXPOSURE TIME OF THREE TO SIX MONTHS.

### Additional Certifications

[X] I have performed NO services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### Additional Comments

THIS REPORT HAS BEEN ELECTRONICALLY PREPARED IN COMPLIANCE WITH USPAP GUIDELINES WHICH INCLUDES A SECURE DIGITAL SIGNATURE AND ADEQUATE SECURITY MEASURES IN PLACE TO PROTECT THE DATA PRODUCED BY THE APPRAISER.

THE APPRAISER ATTEMPTED TO OBTAIN AN ADEQUATE AMOUNT OF INFORMATION IN THE NORMAL COURSE OF BUSINESS REGARDING THE SUBJECT AND COMPARABLE PROPERTIES. SOME OF THE STANDARDIZED RESPONSES REQUIRED BY THE UAD, ESPECIALLY THOSE IN WHICH THE APPRAISER HAS NOT HAD THE OPPORTUNITY TO VERIFY PERSONALLY OR MEASURE, COULD MISTAKENLY IMPLY GREATER PRECISION AND RELIABILITY IN THE DATA THAN IS FACTUALLY CORRECT OR TYPICAL OF THE NORMAL COURSE OF BUSINESS. EXAMPLES INCLUDE CONDITION AND QUALITY RATINGS AS WELL AS COMPARABLES SALES AND LISTING DATA. NOT EVERY ELEMENT OF THE SUBJECT PROPERTY WAS VIEWABLE AND COMPARABLE PROPERTY DATA WAS GENERALLY OBTAINED FROM THIRD-PARTY SOURCES (IE, GEBOR MLS AND ERIE COUNTY COURT HOUSE RECORDS). CONSEQUENTLY, THIS INFORMATION SHOULD BE CONSIDERED AN "ESTIMATE" UNLESS OTHERWISE NOTED BY THE APPRAISER.

THIS REPORT HAS BEEN PREPARED IN ACCORDANCE WITH TITLE XI OF FIRREA AS AMENDED, AND ANY IMPLEMENTING REGULATIONS.

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: GERALD J. STUBENHOFER SRA | Name: |
| Date Signed: 11/02/2017 | Date Signed: |
| State Certification #: RL000261L | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe): _____ State #: | State: |
| State: PA | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 08/30/2019 | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: 10/26/2017 | [ ] Did Not  [ ] Exterior-only from street  [ ] Interior and Exterior |

Produced using ACI software, 800.234.8727 www.aciweb.com

USPAP_14x1T 04/27/2015