UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 17-11049 TPA |
| KATHLEEN ANN PIANTA, | : |
| Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| KATHLEEN ANN PIANTA, | : CHAPTER 13 |
| | : |
| Movant, | : RELATED TO DOCUMENT NO. 19 |
| | : |
| v. | : DATE & TIME OF HEARING: |
| | : |
| NO RESPONDENT. | : December 5, 2017 @ 11:00 a.m. |
| | : |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that I served, or caused to be served, on the 17th day of November, 2017, a copy of the Amended Chapter 13 Plan upon each of the following persons and parties in interest at the address shown on the attached list.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS,
        TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
        Michael S. JanJanin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222
        Facsimile: 814-833-6753
        E-Mail Address: mjanjanin@quinnfirm.com
        Counsel for Debtor

Dated: November 17, 2017

#1091437

```
Label Matrix for local noticing            (p)CITIBANK                                 CNB Bank
0315-1                                     PO BOX 790034                               P.O. Box 42
Case 17-11049-TPA                          ST LOUIS MO 63179-0034                      Clearfield, PA 16830-0042
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Fri Nov 17 13:37:36 EST 2017

CitiBank N.A.                              Comenity Bank/Peebles                       Convergent Healthcare Recoveries, Inc.
P.O. Box 6497                              P.O. Box 182789                             121 NE Jefferson Street
Sioux Falls, SD 57117-6497                 Columbus, OH 43218-2789                     Suite 100
                                                                                       Peoria, IL 61602-1229


(p)PUROLATOR EMPLOYEES FEDERAL CREDIT UNION   Erie Bank                                First National Bank of Pennsylvania
PO BOX 64637                               2035 Edinboro Road                          4140 East State Street
FAYETTEVILLE NC 28306-0637                 Erie, PA 16509-3452                         Hermitage, PA 16148-3401


Michael S. Jan Janin                       National City Bank of Pennsylvania          Office of the United States Trustee
Quinn Buseck Leemhuis Toohey & Kroto Inc   P.O. Box 8800                               Liberty Center.
2222 West Grandview Boulevard              Dayton, OH 45401-8800                       1001 Liberty Avenue, Suite 970
Erie, PA 16506-4508                                                                    Pittsburgh, PA 15222-3721


PNC Bank                                   PNC Bank                                    Peebles
2730 Liberty Avenue                        P.O. Box 1820                               Comenity Bank
Pittsburgh, PA 15222-4747                  Dayton, OH 45401-1820                       P.O. Box 182273
                                                                                       Columbus, OH 43218-2273


Pennsylvania Dept. of Revenue              Kathleen Ann Pianta                         Portfolio Recovery Associates Inc.
Department 280946                          3705 Lochiel Avenue                         P.O. Box 12914
P.O. Box 280946                            Erie, PA 16505-1738                         Norfolk, VA 23541-0914
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


Portfolio Recovery Associates, Inc.        (p)PORTFOLIO RECOVERY ASSOCIATES LLC        Regional Home Health & Hospice
Riverside Commerce Center                  PO BOX 41067                                2564 Village Common Drive
120 Corporate Blvd.                        NORFOLK VA 23541-1067                       Erie, PA 16506-7202
Norfolk, VA 23502-4952


Robert N. Polas, Esquire                   Saint Vincent Health Center                 Saint Vincent Institute
Carrie A. Brown, Esquire                   232 West 25th Street                        3530 Peach Street
Mark R. Garvey, Esquire                    Erie, PA 16544-0001                         LL1
120 Corporate Blvd.                                                                    Erie, PA 16508-2768
Norfolk, VA 23502-4952


Synchrony Bank/J.C. Penney                 UPMC                                        UPMC Hamot
P.O. Box 965007                            2 Hot Metal Street                          P.O. Box 382059
Orlando, FL 32896-5007                     Room 386                                    Pittsburgh, PA 15250-0001
                                           Pittsburgh, PA 15203-2348


UPMC Health Services                       James Warmbrodt                             Ronda J. Winnecour
P.O. Box 341472                            KML Law Group, P.C.                         Suite 3250, USX Tower
Pittsburgh, PA 15250-7472                  701 Market Street                           600 Grant Street
                                           Suite 5000                                  Pittsburgh, PA 15219-2702
                                           Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Best Buy | Customer Service | Portfolio Recovery Associates, LLC |
|---|---|---|
| P.O. Box 78009 | P.O. Box 30495 | POB 12914 |
| Phoenix, AZ 85062-8009 | Tampa, FL 33630 | Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK, NATIONAL ASSOCIATION

End of Label Matrix
Mailable recipients   29
Bypassed recipients    1
Total                 30