FILED
4/11/19 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

Debtor(s): Kathleen Ann Pianta

Case Number: 17-11049-TPA    (Chapter 13)
Date / Time / Room: 04/09/2019 11:30 am /Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

### Matter:
#32 - Trustee's Certificate of Default to Dismiss
#35 - Resp. by Debtor (FC)

### Appearances:
Debtor:
Trustee: Winnecour / ~~Hatz~~ / Tail / DeSimone
Creditor:

### Proceedings:

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
   Objections are due on or before _____
   A hearing on the Amended is set for _____ at _____
9. ✓ Other: Trustee's COD / Motion to Dismiss at Doc # 32 is resolved by: ~~proposed Confirmation of Debtor(s) Amended Plan~~ / proposed Order reflecting plan changes.

**For Judge Agresti cases:**
Student Loan Debt: If the treatment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:
_____
_____