FILED
4/11/19 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>KATHLEEN ANN PIANTA<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>KATHLEEN ANN PIANTA<br><br>Respondent(s) | Case No. 17-11049TPA<br>Chapter 13<br><br>Related to Document No. 32 |

### ORDER

AND NOW, this 9th day of April, 2019, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐ This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐ This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A. Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B. This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

C. The Clerk shall give notice to all creditors of this dismissal.

D. Any motion to reopen must be accompanied by the appropriate reopening fee, equal to the filing fee for the appropriate chapter (less administrative fee), together with the unpaid $_____ portion of the original filing fee.

E. The Debtor remains legally liable for all debts as if the bankruptcy petition had not been filed. This bankruptcy case no longer prevents collection efforts or lawsuits. Creditor collection remedies are reinstated pursuant to 11 U.S.C. Section 349, and creditors are directed to 11 U.S.C. Section 108(c) for time limits on filing a lawsuit to collect. Generally, a creditor's lawsuit must be filed by the later of:

   (1) the time deadline provided by state law; or

   (2) 30 days after the date of this notice.

[X] This case is not dismissed. The plan term is extended to a total of __ months; the monthly plan payment amount is changed to $ 1707 effective 4/1/19 .

[ ] This case is not dismissed at this time. However, in the event of any future plan default by the Debtor(s), then on the Trustee's certificate of default, this case shall be dismissed ____ with / ____ without prejudice, without further notice or hearing.

[ ] Other: _____

BY THE COURT:

_____
United States Bankruptcy Judge

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kathleen Ann Pianta  
    Debtor

Case No. 17-11049-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 2     Date Rcvd: Apr 11, 2019  
                  Form ID: pdf900     Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.

```
db             +Kathleen Ann Pianta,    3705 Lochiel Avenue,    Erie, PA 16505-1738
14715204      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Best Buy,    P.O. Box 78009,    Phoenix, AZ 85062-8009)
14715205       +CitiBank N.A.,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14703485       +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street,    Suite 100,
                 Peoria, IL 61602-1229
14703486       +Erie Bank,    2035 Edinboro Road,    Erie, PA 16509-3452
14703487       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14715212       +National City Bank of Pennsylvania,    P.O. Box 8800,    Dayton, OH 45401-8800
14703489       +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14703488        PNC Bank,    P.O. Box 1820,    Dayton, OH 45401-1820
14786635       +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
14753694       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14715209      ++PUROLATOR EMPLOYEES FEDERAL CREDIT UNION,    PO BOX 64637,    FAYETTEVILLE NC 28306-0637
               (address filed with court: Customer Service,    P.O. Box 30495,    Tampa, FL 33630)
14703492       +Robert N. Polas, Esquire,    Carrie A. Brown, Esquire,    Mark R. Garvey, Esquire,
                 120 Corporate Blvd.,    Norfolk, VA 23502-4952
14715220       +Saint Vincent Health Center,    232 West 25th Street,    Erie, PA 16544-0001
14715221      #+Saint Vincent Institute,    3530 Peach Street,    LL1,    Erie, PA 16508-2768
14703493       +UPMC Hamot,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
14782336        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14715225        UPMC Health Services,    P.O. Box 341472,    Pittsburgh, PA 15250-7472
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14715206       +E-mail/Text: BANKRUPTCY@BANKCNB.COM Apr 12 2019 02:21:29     CNB Bank,    P.O. Box 42,
                 Clearfield, PA 16830-0042
14715207       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 12 2019 02:20:26     Comenity Bank/Peebles,
                 P.O. Box 182789,    Columbus, OH 43218-2789
14715213       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 12 2019 02:20:26     Peebles,   Comenity Bank,
                 P.O. Box 182273,    Columbus, OH 43218-2273
14703490       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 02:14:42
                 Portfolio Recovery Associates Inc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
14703491       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 12 2019 02:14:42
                 Portfolio Recovery Associates, Inc.,    Riverside Commerce Center,    120 Corporate Blvd.,
                 Norfolk, VA 23502-4952
14715222       +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2019 02:15:00     Synchrony Bank/J.C. Penney,
                 P.O. Box 965007,    Orlando, FL 32896-5007
14715223       +E-mail/Text: BankruptcyNotice@upmc.edu Apr 12 2019 02:21:18     UPMC,    2 Hot Metal Street,
                 Room 386,    Pittsburgh, PA 15203-2348
14749351        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 12 2019 02:15:33     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 8
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              PNC BANK, NATIONAL ASSOCIATION
14715208*      +Convergent Healthcare Recoveries, Inc.,    121 NE Jefferson Street,    Suite 100,
                 Peoria, IL 61602-1229
14715210*      +Erie Bank,    2035 Edinboro Road,    Erie, PA 16509-3452
14715211*      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14715215*      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14715214*       PNC Bank,    P.O. Box 1820,    Dayton, OH 45401-1820
14712682*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
14715216*      +Portfolio Recovery Associates Inc.,    P.O. Box 12914,    Norfolk, VA 23541-0914
14715217*      +Portfolio Recovery Associates, Inc.,    Riverside Commerce Center,    120 Corporate Blvd.,
                 Norfolk, VA 23502-4952
14715219*      +Robert N. Polas, Esquire,    Carrie A. Brown, Esquire,    Mark R. Garvey, Esquire,
                 120 Corporate Blvd.,    Norfolk, VA 23502-4952
14715224*      +UPMC Hamot,    P.O. Box 382059,    Pittsburgh, PA 15250-0001
14715218      ##+Regional Home Health & Hospice,    2564 Village Common Drive,    Erie, PA 16506-7202
                                                                                   TOTALS: 1, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0315-1           User: culy                Page 2 of 2              Date Rcvd: Apr 11, 2019
                               Form ID: pdf900           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Michael S. Jan Janin    on behalf of Debtor Kathleen Ann Pianta mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```