IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11049TPA |
| | : | |
| KATHLEEN ANN PIANTA, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|      v. | : | RELATED TO CLAIM NO. 4 |
| | : | |
| KATHLEEN ANN PIANTA; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

## DECLARATION

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

          Respectfully submitted,

          QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

          BY:    /s/Michael S. JanJanin
               Michael S. Jan Janin, Esquire
               PA Id. No. 38880
               2222 West Grandview Boulevard
               Erie, Pennsylvania  16506-4508
               Telephone: 814-833-2222, Extension 1045
               Direct Dial: 814-314-1051
               Facsimile: 814-833-6753
               E-Mail: mjanjanin@quinnfirm.com
               Counsel for Debtor, Kathleen Ann Pianta

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11049TPA |
| | : | |
| KATHLEEN ANN PIANTA, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|        v. | : | RELATED TO CLAIM NO. 4 |
| | : | |
| KATHLEEN ANN PIANTA; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : : : | |
|    Respondents. | | |

## CERTIFICATE OF SERVICE OF DECLARATION

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 20, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: August 20, 2020

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

    BY:   /s/Michael S. JanJanin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Telephone: 814-833-2222, Extension 1045
        Direct Dial: 814-314-1051
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtor, Kathleen Ann Pianta

1384229