IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11049 TPA |
| | : | |
| KATHLEEN ANN PIANTA, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, N.A., | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 4 |
| | : | |
| KATHLEEN ANN PIANTA; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
|    Respondents. | | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
## FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                        Respectfully submitted,

                                        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/ Michael S. Jan Janin
           Michael S. Jan Janin, Esquire
           PA Id. No. 38880
           2222 West Grandview Boulevard
           Erie, Pennsylvania 16506-4508
           Telephone: 814-833-2222, Extension 1045
           Direct Dial: 814-314-1051
           Facsimile: 814-833-6753
           E-Mail: mjanjanin@quinnfirm.com
           Counsel for Debtor, Kathleen Ann Pianta

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11049 TPA |
| | : | |
| KATHLEEN ANN PIANTA, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| PNC BANK, N.A., | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|        v. | : | RELATED TO CLAIM NO. 4 |
| | : | |
| KATHLEEN ANN PIANTA; and RONDA J. | : | |
| WINNECOUR, ESQUIRE, CHAPTER 13 | : | |
| TRUSTEE, | : | |
|    Respondents. | | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

     I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on September 6, 2022.

     The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

     Ronda J. Winnecour, Esquire, Chapter 13 Trustee
     **cmecf@chapter13trusteewdpa.com**

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: September 6, 2022

                                          Respectfully submitted,

                                          QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                          BY:   /s/ Michael S. Jan Janin
                                                    Michael S. Jan Janin, Esquire
                                                    PA Id. No. 38880
                                                    2222 West Grandview Boulevard
                                                      Erie, Pennsylvania 16506-4508
                                                     Telephone: 814-833-2222, Extension 1045
                                                     Direct Dial: 814-314-1051
                                                     Facsimile: 814-833-6753
                                                     E-Mail: mjanjanin@quinnfirm.com
                                                     Counsel for Debtor, Kathleen Ann Pianta

#1549915