IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 17-11049-JAD |
| | : | |
| KATHLEEN ANN PIANTA, | : | Chief Judge Jeffery A. Deller |
| Debtor. | : | |
| | : | CHAPTER 13 |
| KATHLEEN ANN PIANTA, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   **X** The Debtor is not required to pay any Domestic Support Obligations.

   ____ The Debtor is required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 9, 2018, at Docket #27, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

   **X** Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

   ____ Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated:  October 5, 2022          By:  */s/ Kathleen Ann Pianta*
                                                                     Debtor, Kathleen Ann Pianta

Respectfully submitted,

THE QUINN FIRM

Dated:      October 5, 2022      BY:   */s/ Michael S. Jan Janin*
                                                                    Michael S. Jan Janin, Esquire
                                                                    PA Id. No. 38880
                                                                    2222 West Grandview Boulevard
                                                                    Erie, Pennsylvania 16506-4508
                                                                    Telephone: 814-833-2222, Ext. 1045
                                                                    Telephone: 814-314-1051 (Direct)
                                                                    Facsimile: 814-833-6753
                                                                    E-Mail Address: mjanjanin@quinnfirm.com
                                                                    Counsel for Debtor, Kathleen Ann Pianta

#1566987