Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kathleen Ann Pianta**
Debtor(s)

Bankruptcy Case No.: 17−11049−JAD

Chapter: 13
Docket No.: 54 − 53

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/21/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

                                    Jeffery A. Deller
                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                      Case No. 17-11049-JAD

Kathleen Ann Pianta                                                                                                                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                                                 User: auto                                                                      Page 1 of 3

Date Rcvd: Oct 26, 2022                                          Form ID: 408                                                    Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Ann Pianta, 3705 Lochiel Avenue, Erie, PA 16505-1738 |
| 14703486 | + | Erie Bank, 2035 Edinboro Road, Erie, PA 16509-3452 |
| 14715212 | + | National City Bank of Pennsylvania, P.O. Box 8800, Dayton, OH 45401-8800 |
| 14715209 | ++ | PUROLATOR EMPLOYEES FEDERAL CREDIT UNION, PO BOX 64637, FAYETTEVILLE NC 28306-0637 address filed with court:, Customer Service, P.O. Box 30495, Tampa, FL 33630 |
| 14715218 | + | Regional Home Health & Hospice, 2564 Village Common Drive, Erie, PA 16506-7202 |
| 14703492 | + | Robert N. Polas, Esquire, Carrie A. Brown, Esquire, Mark R. Garvey, Esquire, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715220 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14703493 | + | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14715204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:58:25 | Best Buy, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 14715206 | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Oct 26 2022 23:49:00 | CNB Bank, P.O. Box 42, Clearfield, PA 16830-0042 |
| 14715205 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:38 | CitiBank N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14715207 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 23:48:00 | Comenity Bank/Peebles, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14703485 | ^ | MEBN | Oct 26 2022 23:42:20 | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 14703487 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 26 2022 23:48:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15318905 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 26 2022 23:49:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14703489 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14703488 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14753694 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14786635 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 27 |

|  |  |  | Oct 26 2022 23:48:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
|---|---|---|---|---|
| 14715213 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 23:48:00 | Peebles, Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14703490 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:46 | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14703491 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:47 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715222 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:06 | Synchrony Bank/J.C. Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14715223 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2022 23:49:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14715225 | ^ | MEBN | Oct 26 2022 23:43:16 | UPMC Health Services, P.O. Box 341472, Pittsburgh, PA 15250-7472 |
| 14782336 | ^ | MEBN | Oct 26 2022 23:43:50 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14749351 |  | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:47:36 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | PNC BANK, NATIONAL ASSOCIATION |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14715208 | *+ | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 14715210 | *+ | Erie Bank, 2035 Edinboro Road, Erie, PA 16509-3452 |
| 14715211 | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14715215 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14715214 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14712682 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14715216 | *+ | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14715217 | *+ | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715219 | *+ | Robert N. Polas, Esquire, Carrie A. Brown, Esquire, Mark R. Garvey, Esquire, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715224 | *+ | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14715221 | ##+ | Saint Vincent Institute, 3530 Peach Street, LL1, Erie, PA 16508-2768 |

TOTAL: 1 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Debtor Kathleen Ann Pianta mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4