**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KATHLEEN ANN PIANTA<br><br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:17-11049 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/02/2017 and confirmed on 12/6/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 89,949.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 89,949.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 4,141.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,641.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 65,906.90 | 0.00 | 65,906.90 |
|     Acct: 9837 | | | | |
|   PNC BANK NA | 920.67 | 920.67 | 0.00 | 920.67 |
|     Acct: 9837 | | | | |
|   PERITUS PORTFOLIO SERVICES* | 13,479.08 | 13,479.08 | 1,874.91 | 15,353.99 |
|     Acct: 9216 | | | | |
| | | | | 82,181.56 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KATHLEEN ANN PIANTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S JAN JANIN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 6,163.20 | 25.80 | 0.00 | 25.80 |
|     Acct: 2688 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0164 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9148 | | | | |
|   CONVERGENT HEALTHCARE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7160 | | | | |
|   ERIEBANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 1,015.15 | 4.25 | 0.00 | 4.25 |
|     Acct: 2003 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 21,844.85 | 91.46 | 0.00 | 91.46 |

17-11049 JAD                                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5997 | | | | |
| REGIONAL HOME HEALTH AND HOSPICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ST VINCENT HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ST VINCENT INSTITUTE*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 883.55 | 3.70 | 0.00 | 3.70 |
| Acct: 6012 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 129.39 | 0.54 | 0.00 | 0.54 |
| Acct: 2299 | | | | |
| CNB BANK | 4,999.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0748 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK FORMERLY NATIONAL CITY BA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT POLAS ESQUIRE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 125.75 |

TOTAL PAID TO CREDITORS                                                                                          82,307.31

TOTAL CLAIMED
PRIORITY            0.00
SECURED        14,399.75
UNSECURED      35,035.93

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
KATHLEEN ANN PIANTA

Debtor(s)

Ronda J. Winnecour
  Movant
  vs.
No Repondents.

Case No.:17-11049 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                       Case No. 17-11049-JAD

Kathleen Ann Pianta          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: auto        Page 1 of 3
Date Rcvd: Oct 26, 2022        Form ID: pdf900        Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Ann Pianta, 3705 Lochiel Avenue, Erie, PA 16505-1738 |
| 14703486 | + | Erie Bank, 2035 Edinboro Road, Erie, PA 16509-3452 |
| 14715212 | + | National City Bank of Pennsylvania, P.O. Box 8800, Dayton, OH 45401-8800 |
| 14715209 | ++ | PUROLATOR EMPLOYEES FEDERAL CREDIT UNION, PO BOX 64637, FAYETTEVILLE NC 28306-0637 address filed with court:, Customer Service, P.O. Box 30495, Tampa, FL 33630 |
| 14715218 | + | Regional Home Health & Hospice, 2564 Village Common Drive, Erie, PA 16506-7202 |
| 14703492 | + | Robert N. Polas, Esquire, Carrie A. Brown, Esquire, Mark R. Garvey, Esquire, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715220 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14703493 | + | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14715204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:12 | Best Buy, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 14715206 | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Oct 26 2022 23:49:00 | CNB Bank, P.O. Box 42, Clearfield, PA 16830-0042 |
| 14715205 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:58:25 | CitiBank N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14715207 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 23:48:00 | Comenity Bank/Peebles, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14703485 | ^ | MEBN | Oct 26 2022 23:42:22 | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 14703487 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 26 2022 23:48:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15318905 | | Email/Text: peritus@ebn.phinsolutions.com | Oct 26 2022 23:49:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14703489 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14703488 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14753694 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14786635 | | Email/Text: Bankruptcy.Notices@pnc.com | | |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 26 2022 23:48:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14715213 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 23:48:00 | Peebles, Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14703490 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:10 | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14703491 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:34 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715222 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:30 | Synchrony Bank/J.C. Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14715223 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 26 2022 23:49:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14715225 | ^ | MEBN | Oct 26 2022 23:43:10 | UPMC Health Services, P.O. Box 341472, Pittsburgh, PA 15250-7472 |
| 14782336 | ^ | MEBN | Oct 26 2022 23:43:44 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14749351 | | Email/PDF: ebn_ais@aisinfo.com | Oct 26 2022 23:47:11 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14715208 | *+ | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 14715210 | *+ | Erie Bank, 2035 Edinboro Road, Erie, PA 16509-3452 |
| 14715211 | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14715215 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14715214 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14712682 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14715216 | *+ | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14715217 | *+ | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715219 | *+ | Robert N. Polas, Esquire, Carrie A. Brown, Esquire, Mark R. Garvey, Esquire, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715224 | *+ | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |
| 14715221 | ##+ | Saint Vincent Institute, 3530 Peach Street, LL1, Erie, PA 16508-2768 |

TOTAL: 1 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Debtor Kathleen Ann Pianta mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4