IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/14/22 9:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   KATHLEEN ANN PIANTA

         Debtor(s)

   Ronda J. Winnecour
         Movant
      vs.
   No Repondents.

Case No.: 17-11049 JAD

Chapter 13

Document No.: 53

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this ___14th___ day of __December__, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ dak
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-11049-JAD

Kathleen Ann Pianta     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Dec 14, 2022     Form ID: pdf900     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Ann Pianta, 3705 Lochiel Avenue, Erie, PA 16505-1738 |
| 14703486 | + | Erie Bank, 2035 Edinboro Road, Erie, PA 16509-3452 |
| 14715212 | + | National City Bank of Pennsylvania, P.O. Box 8800, Dayton, OH 45401-8800 |
| 14715209 | ++ | PUROLATOR EMPLOYEES FEDERAL CREDIT UNION, PO BOX 64637, FAYETTEVILLE NC 28306-0637 address filed with court:, Customer Service, P.O. Box 30495, Tampa, FL 33630 |
| 14715218 | + | Regional Home Health & Hospice, 2564 Village Common Drive, Erie, PA 16506-7202 |
| 14703492 | + | Robert N. Polas, Esquire, Carrie A. Brown, Esquire, Mark R. Garvey, Esquire, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715220 | + | Saint Vincent Health Center, 232 West 25th Street, Erie, PA 16544-0001 |
| 14715221 | + | Saint Vincent Institute, 3530 Peach Street, LL1, Erie, PA 16508-2768 |
| 14703493 | + | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14715204 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 00:14:54 | Best Buy, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 14715206 | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Dec 15 2022 00:03:00 | CNB Bank, P.O. Box 42, Clearfield, PA 16830-0042 |
| 14715205 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 15 2022 00:14:54 | CitiBank N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14715207 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2022 00:02:00 | Comenity Bank/Peebles, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14703485 | ^ | MEBN | Dec 14 2022 23:58:01 | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 14703487 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 15 2022 00:02:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15318905 | | Email/Text: peritus@ebn.phinsolutions.com | Dec 15 2022 00:03:00 | PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14703489 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2022 00:02:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14703488 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2022 00:02:00 | PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14753694 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2022 00:02:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14786635 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 15 2022 00:02:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14715213 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 17-11049-JAD   Doc 63   Filed 12/16/22   Entered 12/17/22 00:29:21   Desc Imaged
                    Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 15 2022 00:02:00 | Peebles, Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14703490 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 15 2022 00:15:05 | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14703491 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 15 2022 00:14:59 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715222 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 15 2022 00:14:58 | Synchrony Bank/J.C. Penney, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14715223 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Dec 15 2022 00:03:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 14715225 | ^ | MEBN | | |
| | | | Dec 14 2022 23:58:15 | UPMC Health Services, P.O. Box 341472, Pittsburgh, PA 15250-7472 |
| 14782336 | ^ | MEBN | | |
| | | | Dec 14 2022 23:58:22 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14749351 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Dec 15 2022 00:14:59 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *P++ | PERITUS PORTFOLIO SERVICES, PO BOX 141419, IRVING TX 75014-1419, address filed with court:, PERITUS PORTFOLIO SERVICES LLC, PO BOX 141419, Irving, Tx 75014-1419 |
| 14715208 | *+ | Convergent Healthcare Recoveries, Inc., 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 14715210 | *+ | Erie Bank, 2035 Edinboro Road, Erie, PA 16509-3452 |
| 14715211 | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14715215 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14715214 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 1820, Dayton, OH 45401-1820 |
| 14712682 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14715216 | *+ | Portfolio Recovery Associates Inc., P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14715217 | *+ | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715219 | *+ | Robert N. Polas, Esquire, Carrie A. Brown, Esquire, Mark R. Garvey, Esquire, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14715224 | *+ | UPMC Hamot, P.O. Box 382059, Pittsburgh, PA 15250-0001 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2022          Signature:     /s/Gustava Winters

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2022 | Form ID: pdf900 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Debtor Kathleen Ann Pianta mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4